U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Cheetah Transportation, L.L.C. v. R&R Logistics & Transportation, Inc., Dan Roebke and Scott Ringel | Case Number:<br>FILED: JULY 23, 2008<br>08CV4184<br>JUDGE MAROVICH<br>MAGISTRATE DENLOW<br>NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cheetah Transportation, L.L.C.

| |
|---|
| NAME (Type or print)<br>Mark S. Bernstein |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark S. Bernstein |
| FIRM<br>Barack Ferrazzano Kirschbaum & Nagelberg, LLP |
| STREET ADDRESS<br>200 West Madison, Suite 3900 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06198568 | TELEPHONE NUMBER<br>(312) 984-3100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |