U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Cheetah Transportation, L.L.C. v. R&R Logistics & Transportation, Inc., Dan Roebke, and Scott Ringel | FILED: JULY 23, 2008<br>08CV4184<br>JUDGE MAROVICH<br>MAGISTRATE DENLOW<br>NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cheetah Transportation, L.L.C.

| NAME (Type or print) |
|---|
| Rebecca Ray |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Rebecca Ray |

| FIRM |
|---|
| Barack Ferrazzano Kirschbaum & Nagelberg LLP |

| STREET ADDRESS |
|---|
| 200 W. Madison, Suite 3900 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6283807 | (312) 984-3100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐