UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHEETAH TRANSPORTATION, L.L.C., )<br>a North Carolina limited liability company, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>R&R LOGISTICS & )<br>TRANSPORTATION, INC., an Illinois )<br>Corporation; DAN ROEBKE, an )<br>Individual; and SCOTT RINGEL, an )<br>Individual, )<br>        Defendants. ) | Case No.<br><br>FILED: JULY 23, 2008<br>   08CV4184<br>   JUDGE MAROVICH<br>   MAGISTRATE DENLOW<br>   NF |

### NOTICE OF FILING

     PLEASE TAKE NOTICE that on July 23, 2008, Cheetah Transportation, L.L.C. caused the attached Certified Copy of Final Judgment entered by the United States District Court for the Western District of North Carolina on May 30, 2008, to be filed with the Clerk of Court for the United States District Court for the Northern District of Illinois.

Dated:  July 23, 2008

                                      Respectfully submitted,

                                      CHEETAH TRANSPORTATION, L.L.C.

                                      s/ Rebecca Ray

                                      One of Its Attorneys

Mark S. Bernstein (mark.bernstein@bfkn.com)
Rebecca Ray (rebecca.ray@bfkn.com)
BARACK FERRAZZANO KIRSCHBAUM
  && NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois  60606
Phone No. (312) 984-3100
Fax No. (312) 984-3150

502738_1.DOC

JUDGE MAROVICH
MAGISTRATE JUDGE DENLOW
NF

### CERTIFICATE OF SERVICE

Rebecca Ray, an attorney, hereby certifies that she caused a copy of the foregoing **NOTICE OF FILING** and the accompanying **CERTIFIED COPY OF FINAL JUDGMENT**, to be served via certified mail, proper postage prepaid and depositing same from 200 W. Madison Street, Chicago, Illinois, this 23rd day of July, 2008 on:

| | |
|---|---|
| Dan Roebke | Scott Ringel |
| 811 Westbury Drive | 1301 Northfield Ct., Apt. 2A |
| Algonquin, IL 60612 | Harvard, IL 60033 |

/s/ Rebecca Ray