UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Cheetah Transportation, L.L.C., Plaintiff )
vs )   Case No. 08 CV 4184
R&R Logistics & Transportation, Inc., )
Dan Roebke, and Scott Ringel, Defendants )   Hon. George M. Marovich
)   Magistrate Judge Morton Denlow
and )
Mason Dixon Intermodal, Inc., )
Garnishee Defendant )

### GARNISHMENT SUMMONS (NON-WAGE)

To the Garnishee:

Your are summoned and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, on or before ** __August 26__, 20__08__. However, if this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date. IF YOU FAIL TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.

To the Officer:

This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. if service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

MICHAEL W. DOBBINS
Clerk of the Court

Dated: AUG 0 5 2008

TERESA CERVANTES
Deputy Clerk
(Seal of Court)

NOTE: This summons is issued pursuant to Rule 69A of the Federal Rules of Civil Procedure.
** 21-30 days after date of issuance of this summons.

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons by me* was made | Date | |
| Name of Server | Title | |
| Check one space below to indicate appropriate method of service. | | |

___ Served personally upon the defendant. Place were served. _____

___ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left. _____

___ Returned unexecuted. _____

___ Other (specify). _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| Travel | Services | Total |
| DECLARATION OF SERVER | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and Correct.

Executed on _____.
       date

_____
Signature of Server

_____
Address of Server

*As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Cheetah Transportation, L.L.C.,    Plaintiff    )
)
)    CASE NO: 08 CV 4184
-vs-    )
)
R&R Logistics & Transportation, Inc.,    )    Hon. George M. Marovich
Dan Roebke, and Scott Ringel,    )    Magistrate Judge Morton Denlow
Defendants    )
)
and    )
)
Mason Dixon Intermodal, Inc.,    )
Garnishee    )
Defendant    )

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Cheetah Transportation, L.L.C. _____ on oath states:

1. Judgment was entered on May 30, ~~19~~ 2008 for judgment creditors(s) Cheetah Transportation, L.L.C. and against judgment debtor(s) Dan Roebke and Scott Ringel for $1,938,970 and costs.
2. $0.00 has been paid on judgment.
3. There is unpaid on the judgment:
   $1,938,970.00 principal
   $_____ costs
   $_____ interest
   $1,938,970.00 TOTAL
4. I believe garnishee Mason Dixon Intermodal, Inc. is indebted to the judgment debtor, other than wages, or has in his or her possession, custody or control property belonging to him or her in which he/she has an interest.
5. I request summons issue directed to garnishee.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: August 4, 2008

*Rebecca Ray*

NAME: Rebecca Ray
ATTORNEY FOR: Cheetah Transportation, L.L.C.
ADDRESS: Barack Ferrazzano Kirschbaum & Nagelberg LLP, 200 West Madison St., Ste. 3900
CITY: Chicago, IL 60606
TELEPHONE: 312-984-3100



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Cheetah Transportation, L.L.C.,    Plaintiff  )
)
   -vs-                                        )   CASE NO: 08 CV 4184
)
R&R Logistics & Transportation, Inc.,          )   Hon. George M. Marovich
Dan Roebke, and Scott Ringel,    Defendants    )
)   Magistrate Judge Morton Denlow
)
   and                                         )
)
Mason Dixon Intermodal, Inc.,                  )
                                 Garnishee     )

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

   ANSWER: _____
              (Yes or No)

2. If your answer is yes, describe the property:

_____

_____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

   ANSWER: _____
              (Yes or No)

4. If your answer is yes, state:
   Description: _____
   Amount:   $ _____
   Date Due:    _____

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED ON:                    20

**CERTIFICATE OF SERVICE**

    I, Rebecca Ray, an attorney, hereby certify that on this 6th day of August, 2008, service of a copy of the foregoing **Garnishment Summons (Non-Wage)** and **Affidavit for Garnishment (Non-Wage)** was mailed via United States Postal Service, postage prepaid, to the following non-participants in Electronic Case Filing:

| | |
|---|---|
| Scott Ringel<br>1301 Northfield Ct., Apt. 2A<br>Harvard, IL  60033 | Dan Roebke<br>811 Westbury Drive<br>Algonquin, IL  60612 |

                                              s/ Rebecca Ray

ClientCaseID: REBECCA RAY
Law Firm ID: BARACK



CaseReturnDate: 8/26/08

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number 08CV4184

I, LARUE BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  GARNISHMENT SUMMONS
ON THE WITHIN NAMED DEFENDANT  MASON DIXON INTERMODAL, INC.
PERSON SERVED  MS. SCHULTZ, SENIOR PROCESSOR
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 8/5/08

That the sex, race and approximate age of the person whom I left the   GARNISHMENT SUMMONS
are as follow:
Sex  FEMALE   Race  WHITE   Age  40s
Height  5'4"   Build  HEAVY   Hair  BROWN

LOCATION OF SERVICE   208 S LASALLE 814
CHICAGO, IL, 60606

Date Of Service  8/5/08   Time of Service  2:40 PM

LARUE BEY   8/5/2008
SPECIAL PROCESS SERVER
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:  $130.00