



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Cheetah Transportation, L.L.C.,   Plaintiff   )
)
)   CASE NO: 08 CV 4184
-vs-   )
)
R&R Logistics & Transportation, Inc.,   )   Hon. George M. Marovich
Dan Roebke, and Scott Ringel,   )
Defendants   )   Magistrate Judge Morton Denlow
)
)
and   )
)
)
Mason Dixon Intermodal, Inc.,   )
Garnishee   )
Defendant   )

**FILED**

AUG 0 5 2008 TC
Aug 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Cheetah Transportation, L.L.C. _____ on oath states:
1. Judgment was entered on May 30 _____, 19 2008 for
judgment creditors(s) Cheetah Transportation, L.L.C. _____ and
against judgment debtor(s) Dan Roebke and Scott Ringel _____ for
$ 1,938,970 _____ and costs.
2. $ 0.00 _____ has been paid on judgment.
3. There is unpaid on the judgment:
   $ 1,938,970.00 _____ principal
   $ _____ costs
   $ _____ interest
   $ 1,938,970.00 _____ TOTAL
4. I believe garnishee Mason Dixon Intermodal, Inc. _____ is indebted
to the judgment debtor, other than wages, or has in his or her possession, custody or control property
belonging to him or her in which he/she has an interest.
5. I request summons issue directed to garnishee.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: August 4 , 20 08

Rebecca Ray

NAME: Rebecca Ray
ATTORNEY FOR: Cheetah Transportation, L.L.C.
ADDRESS: Barack Ferrazzano Kirschbaum & Nagelberg LLP, 200 West Madison St., Ste. 3900
CITY: Chicago, IL 60606
TELEPHONE: 312-984-3100



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Cheetah Transportation, L.L.C.,   Plaintiff   )
                                              )
         -vs-                                 )   CASE NO: 08 CV 4184
                                              )
R&R Logistics & Transportation, Inc.,         )   Hon. George M. Marovich
Dan Roebke, and Scott Ringel,   Defendants    )
                                              )   Magistrate Judge Morton Denlow
         and                                  )
                                              )
Mason Dixon Intermodal, Inc.,                 )
                                  Garnishee   )

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

   ANSWER: _____
              (Yes or No)

2. If your answer is yes, describe the property:

   _____
   _____
   _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

   ANSWER: _____
              (Yes or No)

4. If your answer is yes, state:
   Description: _____
   Amount: $ _____
   Date Due: _____

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED ON: _____, 20____