| | | |
|---|---|---|
| ClientCaseID: REBECCA RAY |  | CaseReturnDate: 8/19/08 |
| Law Firm ID: BARACK | | Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **08C4184**

I, LARRY E. BIELA

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## PERSONAL SERVICE

THAT I SERVED THE WITHIN    CITATION TO DISCOVER ASSETS
ON THE WITHIN NAMED DEFENDANT    SCOTT RINGEL
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY    8/11/08
THE SUBJECT WAS SEATED AT A DESK SO I WAS UNABLE TO DETERMINE HIS HEIGHT.

That the sex, race and approximate age of the person whom I left the   CITATION TO DISCOVER ASSETS
are as follow:   Sex MALE   Race WHITE   Age 45

Height           Build MEDIUM   Hair BROWN

LOCATION OF SERVICE   93 BERKSHIRE DR B
CRYSTAL LAKE, IL, 60014

Date Of Service   8/11/08        Time of Service   12:05 PM

LARRY E. BIELA                                             8/12/2008
Special Process Server
P.E.R.C. #129-215788

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:   $55.00

## CERTIFICATE OF SERVICE

I, Rebecca Ray, an attorney, hereby certify that on this 15th day of August, 2008, service of a copy of the foregoing **Affidavit of Service of Citation to Discover Assets** was mailed via United States Postal Service, postage prepaid, to the following non-participants in Electronic Case Filing:

Scott Ringel
c/o Mason Dixon Intermodal, Inc.
93 Berkshire Drive, Suite B
Crystal Lake, IL  60014

Dan Roebke
811 Westbury Drive
Algonquin, IL  60612

s/ Rebecca Ray

515654_1.DOC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHEETAH TRANSPORTATION L.L.C., )<br>a North Carolina limited liability company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R&R LOGISTICS & )<br>TRANSPORTATION, INC., an Illinois )<br>corporation; DAN ROEBKE, an )<br>individual; and SCOTT RINGEL, an )<br>individual, )<br>)<br>Defendants. ) | Case No. 08 C 4184<br><br>Hon. George M. Marovich |

## CITATION TO DISCOVER ASSETS

To: Scott Ringel, c/o Mason Dixon Intermodal, 93 Berkshire Dr., Ste. B, Crystal Lake, IL 60014

YOU ARE COMMANDED to appear at the Law Offices **of Barack Ferrazzano Kirschbaum & Nagelberg LLP** at the location of **200 W. Madison, Suite 3900, Chicago, Illinois**, on **August 19, 2008** at **9:30 a.m.** to be examined under oath to discover assets or income not exempt from enforcement of a judgment. A judgment in favor of Cheetah Transportation, LLC and against R &R Logistics, Inc., Dan Roebke, and Scott Ringel was entered on May 30, 2008 in the amount of $1,938,970 and $ 1,938,970 plus post-judgment interest remains unsatisfied.

YOU ARE COMMANDED to produce at the examination:

*See* Attached Document Rider

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: YOUR FAILURE TO APPEAR IN AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

504278_2.DOC      **MICHAEL W. DOBBINS, CLERK OF THE COURT**

## CERTIFICATE OF ATTORNEY (OR NON – ATTORNEY)

NOTE: THIS CITATION MUST BE ACCOMPANIED AT THE TIME OF SERVICE BY EITHER A COPY OF THE UNDERLYING MEMORANDUM OF JUDGMENT OR A CERTIFICATION BY EITHER THE CLERK THAT ENTERED THE JUDGMENT OR THE ATTORNEY FOR THE JUDGMENT CREDITOR SETTING FORTH THE FOLLOWING:

In the United States District Court for the Western District of North Carolina, subsequently registered with the United States District Court for the Northern District of Illinois on May 30, 2008, a judgment in the amount of $ 1,938,970 was entered in favor of Cheetah Transportation, Inc. and against Scott Ringel in Case No. 5:06-cv-135 and a balance of $ 1,938,970 plus post-judgment interest remains unsatisfied.

I, the undersigned certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that all information stated herein is true.

Atty. No.: 6283807
Name: Rebecca Ray
Barack Ferrazzano et al.
Address: 200 W. Madison, Suite 3900
City/State/Zip: Chicago, IL 60606
Telephone: (312) 984-3100

_Rebecca Ray_
(Signature of Attorney)

WITNESS: MICHAEL W. DOBBINS
TERESA CERVANTES    AUG 0 8 2008
Clerk of the Northern District

504278_2.DOC    **MICHAEL W. DOBBINS, CLERK OF THE COURT**

_____on oath states:

I am over 18 years of age and not a party to this case. I served the Citation To Discover Assets as follows:

on _____ by leaving a copy with him/her personally on _____,

_____ at the hour of _____ m., at _____ Street, in

_____, Illinois.

or

on _____ by leaving on _____, _____, at the hour of

_____ m., at _____ Street, in _____, Illinois,

his/her usual place of abode with, _____ a person of his/her family

of the age of 13 or upwards informing that person of the contents of the Citation to Discover Assets, and also by

sending on a true and correct copy on _____, _____, by prepaid Registered

Mail, addressed to him/her; Return Receipt Requested, delivery limited to addressee only. The registry receipt

signed by addressee on _____, _____ is attached.


(attach receipt here)



_____

**Signed and sworn to before me on this _____
day of _____, _____

_____
Notary Public

**If service is made by sheriff, return may be made by certificate rather than by sworn affidavit.

504278_2.DOC    **MICHAEL W. DOBBINS, CLERK OF THE COURT**

## RIDER TO CITATION TO DISCOVER ASSETS

### DEFINITIONS

1. The term "You" means the respondent to the accompanying Citation, Scott Ringel, as well as his agents, representatives, employees, and any other person or entity authorized to act on his behalf.

2. The term "Document" has the same broad meaning as in the Federal Rules of Civil Procedures, and the term "Document" specifically includes any document, electronically stored information, or tangible items that you have in your possession, custody, or control, including, but not limited to, writings, books, records, hard copy files, memoranda, films, recordings, accounts, drawings, graphs, charts photographs, audio recordings, email, electronic files and other data compilations from which information can be obtained or translated.

3. The time period covered by these requests shall be three years unless otherwise noted.

### DOCUMENTS REQUESTED

1. All documents relating to the description and/or location of each parcel of real property in which You have an interest including equitable and future interest, beneficial interests in land trusts, interests in estates by the entirety, interests in jointly owned property, leaseholds and rights and power exercisable for the benefits of You, including but not limited to tax bills for each such parcel of real property.

2. All documents relating to the nature of Your interest in each of the properties referred to in Paragraph 1 hereof, including without limitation all deeds and mortgages.

3. All documents relating to each of the following types of personal property in which You have an interest:

    (a)    Cash on hand;

    (b)    Deposits of money with banking institutions, savings and loan associations, credit unions, brokerage firms, public utility companies, landlords and others (including without limitation checking accounts, saving accounts, certificates of deposit and the like);

    (c)    Household goods, supplies and furnishings;

    (d)    Books, pictures and other art objects;

    (e)    Stamp, coin and other collections;

(f) Automobiles, trucks, trailers and other vehicles;

(g) Boats, motors and other accessories;

(h) Livestock, poultry and other animals;

(i) Farming supplies and implements;

(j) Office equipments, furnishings and supplies;

(k) Machinery, fixtures, equipment and supplies used in business;

(l) Business inventory;

(m) Tangible personal property of any other description;

(n) Patents, trademarks, copyrights, franchises and other intangible properties;

(o) Government bonds;

(p) Corporate bonds;

(q) Notes receivable;

(r) Other negotiable and non-negotiable instruments;

(s) Insurance policies, including all documents which refer or relate to surrender or refund values of each;

(t) Annuities;

(u) Stocks and interests in incorporated and unincorporated companies;

(v) Interest in partnerships;

(w) Liquidated debts owed to You;

(x) Contingent and unliquidated claims of every nature, including pending personal injury or property damages claims;

(y) Equitable and future interests, and rights and powers exercisable for You; and

(z) Any other types of personal property.

    4. All documents relating to the market value of Your interest in each type of personal property referred to in Paragraph 3.

    5. All federal and state income tax returns filed by You.

6. All documents relating to your current or former employment or other sources of income, including independent contracting relationships.

7. All documents relating to communications between You or R&R Logistics, Inc., or any of R&R Logistics, Inc.'s agents, representatives, or employees, on the one hand, and Cheetah Transportation, L.L.C., or any affiliates thereof, or any of their agents, representatives, or employees, on the other hand.

8. All documents relating to money owed to You by R & R Logistics, Inc.

9. All documents relating to money owed by You to R & R Logistics, Inc.

10. All documents relating to any financial obligations or debts incurred by You, including but not limited to current financial obligations or debts owed by You.

11. All documents relating to any lawsuits or threatened lawsuits involving You or R&R Logistics, Inc.

12. All documents relating to any sale or transfer of real property or other assets by You.

13. All documents relating to any transfers of personal property by You.

14. All documents relating to any receipt of assets by You.

15. All documents relating to any gifts or charitable contributions made by You.

16. All documents relating to any expenses prepaid by You.