

FILED
8-27-2008
AUG 2 7 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Cheetah Transportation, L.L.C.,  Plaintiff | ) |
| -vs- | ) CASE NO: 08 CV 4184 |
| R&R Logistics & Transportation, Inc., Dan Roebke, and Scott Ringel,  Defendants | ) Hon. George M. Marovich |
| and | ) Magistrate Judge Morton Denlow |
| Mason Dixon Intermodal, Inc.,  Garnishee | ) |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

   ANSWER: _No property_
   (Yes or No)

2. If your answer is yes, describe the property:

   _____
   _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

   ANSWER: _Yes, only as to Dan Roebke only_
   (Yes or No)

4. If your answer is yes, state:
   Description: _Commission_
   Amount: $ _6354.10_
   Date Due: _8-5-08_

### AFFIDAVIT

_Rebecca Johnson_ on oath states that the answers to the interrogatories are true.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED ON: _Aug 26_, 20_08_    _Rebecca Johnson_



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Cheetah Transportation, L.L.C.,    Plaintiff )
) CASE NO: 08 CV 4184
-vs- )
) Hon. George M. Marovich
R&R Logistics & Transportation, Inc., )
Dan Roebke, and Scott Ringel, ) Magistrate Judge Morton Denlow
    Defendants )
)
and )
)
Mason Dixon Intermodal, Inc., )
    Garnishee )
    Defendant )

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Cheetah Transportation, L.L.C. _____ on oath states:
1. Judgment was entered on May 30 _____, 19 2008 for
judgment creditors(s) Cheetah Transportation, L.L.C. _____ and
against judgment debtor(s) Dan Roebke and Scott Ringel _____ for
$ 1,938,970 _____ and costs.
2. $ 0.00 _____ has been paid on judgment.
3. There is unpaid on the judgment:
    $ 1,938,970.00 _____ principal
    $ _____ costs
    $ _____ interest
    $ 1,938,970.00 _____ TOTAL
4. I believe garnishee Mason Dixon Intermodal, Inc. _____ is indebted
to the judgment debtor, other than wages, or has in his or her possession, custody or control property
belonging to him or her in which he/she has an interest.
5. I request summons issue directed to garnishee.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: August 4, 20 08

_Rebecca Ray_

NAME: Rebecca Ray
ATTORNEY FOR: Cheetah Transportation, L.L.C.
ADDRESS: Barack Ferrazzano Kirschbaum & Nagelberg LLP, 200 West Madison St., Ste. 3900
CITY: Chicago, IL 60606
TELEPHONE: 312-984-3100